NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-546

TRAVIS PRATER, INDIV. AND ON BEHALF OF HIS MINOR CHILD,
DAYBRAL FRANCISCO

VERSUS

SAMUEL FRANCISCO, IMPERIAL FIRE and  CASUALTY INSURANCE
COMPANY, SHONTRIA LOUIS and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

**********
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2003-5400-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

**********
JOHN B. SCOFIELD
JUDGE
**********

Court composed of Sylvia R. Cooks, Marc T. Amy, and John B. Scofield, Judges.[*]

AFFIRMED.

Amy, Judge. DISSENTS IN PART AND ASSIGNS WRITTEN REASONS.

Paul Douglas Oberle, Jr.
Richie & Richie
P. O. Box 44065
Shreveport, LA  71134
Counsel for Defendant/Appellant:
       Imperial Fire and Casualty Ins. Co. and
       Samuel Francisco

_____

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana
Supreme Court as Judge Pro Tempore.

**Cory Paul Roy, Esq.**
**P. O. Box 447**
**Marksville, LA 71351**
**Counsel for Plaintiffs/Appellees:**
     **Travis Prater, Individually and on Behalf of**
     **His Minor Child, Daybral Francisco**